

JJR

**UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION**

**IN RE: NATIONAL PRESCRIPTION
OPIATE LITIGATION**

| | | |
|---|---|---|
| Illinois Public Risk Fund v. Purdue Pharma L.P. et al., ) | | |
| N.D. Illinois, C.A. No. 1:19-03210 ) | | MDL No. 2804 |

**ORDER VACATING CONDITIONAL TRANSFER ORDER
AND VACATING THE JULY 25, 2019, HEARING SESSION ORDER**

A conditional transfer order was filed in this action (*Illinois*) on May 22, 2019. Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *Illinois* filed a notice of opposition to the proposed transfer. Plaintiff later filed a motion and brief to vacate the conditional transfer order. The Panel has now been advised that *Illinois* was remanded to the Circuit Court of Cook County, Illinois, by the Honorable Matthew F. Kennelly in an order filed on July 15, 2019.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-94" filed on May 22, 2019, is VACATED insofar as it related to this action.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on June 18, 2019, are VACATED insofar as they relate to this action.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel